UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Case No.  07-cr-164-01-SM

<u>Henry Devine</u>

## O R D E R

Defendant Devine's motion to continue the final pretrial conference and trial is granted (document 8). Trial has been rescheduled for the January 2008 trial period. Defendant Devine shall file a waiver of speedy trial rights not later than October 1, 2007. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** December 17, 2007 at 4:30 p.m.

**Jury Selection**: January 8, 2008 at 9:30 a.m.

SO ORDERED.

                                                    _____
                                                    Steven J. McAuliffe
                                                    Chief Judge

September 20, 2007

cc:   Jonathan Saxe, Esq.
       Mark Zuckerman, AUSA
       US Probation
       US Marshal